UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO ABREU,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>G. JAIME, et al.,<br><br>　　　　　Defendant. | Case No. 1:16-cv-00715-BAM (PC)<br><br>ORDER TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN 45 DAYS<br><br>ORDER DIRECTING CLERK'S OFFICE TO SEND PLAINTIFF **PRISONER** APPLICATION TO PROCEED IN FORMA PAUPERIS |

　　　　Plaintiff Armando Abreu ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff has not paid the $400.00 filing fee, or submitted an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

　　　　Accordingly, IT IS HEREBY ORDERED that:

　　　　1.　　The Clerk's office shall send to Plaintiff a prisoner application to proceed in forma pauperis;

　　　　2.　　Within **forty-five (45) days** of the date of service of this order, Plaintiff shall submit the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $400.00 filing fee for this action.

///

1

3. **No requests for extension will be granted without a showing of good cause**. **Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated: **May 24, 2016**              /s/ Barbara A. McAuliffe
                                   UNITED STATES MAGISTRATE JUDGE