UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO ABREU, | ) Case No.: 1:16-CV-00715-BAM (PC) |
| Plaintiff, | ) ORDER DENYING MOTION FOR LEAVE TO AMEND AS MOOT |
| v. | ) |
| G. JAIME, et al., | ) (ECF No. 22) |
| Defendants. | ) |

Plaintiff Armando Abreu ("Plaintiff"), a state prisoner proceeding pro se and informa pauperis, filed this action pursuant to 42 U.S.C. § 1983, on May 23, 2016. On June 7, 2017, the Court screened Plaintiff's second amended complaint and granted Plaintiff leave to file a third amended complaint. (ECF No. 19.)  Currently before the Court is Plaintiff's Motion to Amend seeking leave to file a third amended complaint.  (ECF No. 22.)   The Court's screening order granted Plaintiff leave to file an amended complaint and did not require Plaintiff to seek leave before doing so.  Accordingly, Plaintiff's motion for leave to file a third amended complaint is DENIED as moot.  The third amended complaint will be screened in due course.

IT IS SO ORDERED.

Dated:   **June 20, 2017**          /s/ *Barbara A. McAuliffe*        
UNITED STATES MAGISTRATE JUDGE

1