| | |
|---|---|
| **UNITED STATES DISTRICT COURT** | |
| EASTERN DISTRICT OF CALIFORNIA | |

| | |
|---|---|
| ARMANDO ABREU,<br><br>        Plaintiff,<br><br>   v.<br><br>G. JAIME, et al.,<br><br>        Defendants. | Case No. 1:16-cv-00715-BAM (PC)<br><br>ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO STATE A CLAIM, FAILURE TO OBEY A COURT ORDER, AND FAILURE TO PROSECUTE<br><br>(ECF No. 25)<br><br>**TWENTY (20) DAY DEADLINE** |

Plaintiff Armando Abreu ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff initiated this action on May 23, 2016.

On June 21, 2017, the Court issued a screening order dismissing the third amended complaint for failure to state a cognizable claim, and granted Plaintiff leave to file an amended complaint within thirty (30) days. (ECF No. 25.) On July 13, 2017, the Court's order was returned as Undeliverable, Inmate not at this Institution. The deadline to file an amended complaint has passed, and Plaintiff has not filed an amended complaint, provided the Court with his current address, or otherwise communicated with the Court regarding this action.

Pursuant to Local Rules 182 and 183, a pro se party is under a continuing duty to notify the Clerk, the Court and all other parties of any change of address or telephone number. Local

1

Rules 182(f), 183(b). Additionally, Local Rule 110 provides that "[f]ailure . . . of a party to comply with these [Local] Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions . . . within the inherent power of the Court." Further, the failure of Plaintiff to prosecute this action is grounds for dismissal. <u>In re Phenylpropanolamine (PPA) Products Liability Litigation</u>, 460 F.3d 1217 (9th Cir. 2006).

Accordingly, it is HEREBY ORDERED that Plaintiff shall show cause in writing, within **twenty (20) days** from the date of service of this order, why this action should not be dismissed, with prejudice, for failure to state a claim, failure to comply with the Court's June 21, 2017 order, and failure to prosecute. Plaintiff can comply with this order to show cause by filing a notice informing the Court of his current address and filing an amended complaint. **The failure to respond to this order will result in dismissal of this action, with prejudice, for failure to state a claim, failure to obey a court order, and failure to prosecute.**

IT IS SO ORDERED.

Dated: **September 27, 2017**     /s/ *Barbara A. McAuliffe*
                                  UNITED STATES MAGISTRATE JUDGE