# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO ABREU,<br><br>    Plaintiff,<br><br>v.<br><br>G. JAIME, et al.,<br><br>    Defendants. | Case No. 1:16-cv-00715-BAM (PC)<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE AND GRANTING LEAVE TO AMEND<br><br>(ECF No. 26)<br><br>**THIRTY (30) DAY DEADLINE** |

Plaintiff Armando Abreu ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this action under 42 U.S.C. § 1983. Plaintiff initiated this action on May 23, 2016.

On June 21, 2017, the Court issued a screening order dismissing the third amended complaint for failure to state a cognizable claim, and granted Plaintiff leave to file an amended complaint within thirty (30) days. (ECF No. 25.) On July 13, 2017, the Court's order was returned as Undeliverable, Inmate not at this Institution. Plaintiff did not file an amended complaint. On September 28, 2017, the Court issued an order to show cause why this action should not be dismissed for failure to state a claim, failure to obey a court order, and failure to prosecute. (ECF No. 26.)

Currently before the Court is Plaintiff's response to the show cause order, filed on October 6, 2017. (ECF No. 27.) Plaintiff states that on July 11, 2017, he was transported to Kern Valley State Prison and placed in the Administrative Segregation Unit. All of his personal and legal

1

property was stored at Salinas Valley State Prison while Plaintiff testified as a witness in Kern County Superior Court. Plaintiff states he did not have his legal property to communicate with the Court, nor did he receive any mail from the Court at this time. Plaintiff states that he only received the Court's June 20, 2017 order and the September 28, 2017 show cause order, but he never received the Court's June 21, 2017 screening order. Plaintiff attaches copies of the two orders he received. (Id.)

Good cause appearing, IT IS HEREBY ORDERED that:

1. The order to show cause issued on September 28, 2017, (ECF No. 26), is DISCHARGED;
2. The Clerk's Office shall send to Plaintiff a civil rights complaint form;
3. The Clerk's Office shall send to Plaintiff a copy of the Court's June 21, 2017 screening order dismissing the third amended complaint for failure to state a cognizable claim and granting leave to amend (ECF No. 25);
4. Within **thirty (30) days** from the date of service of this order, Plaintiff shall file a fourth amended complaint or a notice of voluntary dismissal; and
5. **If Plaintiff fails to file an amended complaint in compliance with this order and the Court's June 21, 2017 screening order, the Court will dismiss this action, with prejudice, for failure to state a claim and failure to obey court orders**.

IT IS SO ORDERED.

Dated: **October 10, 2017**  /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE