# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO ABREU, | Case No. 1:16-cv-00715-DAD-BAM (PC) |
| Plaintiff, | Appeal No. 18-15392 |
| v. | ORDER REGARDING *IN FORMA PAUPERIS* STATUS ON APPEAL |
| G. JAIME, et al., | |
| Defendants. | |

Plaintiff Armando Abreu, ("Plaintiff"), a state prisoner proceeding *pro se* and *in forma pauperis*, filed this civil rights action pursuant to 42 U.S.C. § 1983. On January 22, 2018, the Court dismissed this action for failure to state a claim. (ECF Nos. 33, 34.) On February 1, 2018, Plaintiff filed a notice of appeal. (ECF No. 35.)

On June 1, 2018, the Ninth Circuit Court of Appeals referred the matter back to this Court for the limited purpose of determining whether *in forma pauperis* status should continue for the appeal. 28 U.S.C. § 1915(a)(3). The Court finds that this appeal is not taken in bad faith and is not frivolous. Accordingly, *in forma pauperis* status should not be revoked and should continue on appeal.

IT IS SO ORDERED.

Dated: **June 4, 2018**  /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE

1